UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT J. WHITE,

           Petitioner,

    v.

SHAWN HATTON, Warden,

           Respondent.

No.  1:17-cv-00842-DAD-JLT (HC)

ORDER DENYING MOTION FOR COPIES

[Doc. No. 7]

      On July 13, 2017, the Court issued a Findings and Recommendation to dismiss this petition.   Soon thereafter, Petitioner filed this motion requesting that the Court make copies of his memorandum of points and authorities and provide it to him. However, the Court does not provide copy services for parties.  The Clerk's office has no facilities or procedures for doing so or for recouping the costs involved.  If Petitioner needs copies, he may have someone copy those documents directly at the courthouse.  Alternately, if he or an associate has access to the internet, he can access the Court's website and download and print the relevant documents.  For the foregoing reasons, Petitioner's motion for copies (Doc. No. 7) is DENIED.

IT IS SO ORDERED.

    Dated:  __**August 1, 2017**__           _____**/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE